07 CV 3317

THOMAS E. WILLOUGHBY (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE ELI'S CHEESECAKE COMPANY,

               Plaintiff,

   - against -                              Rule 7.1 Statement

M/V "KUALA LUMPUR EXPRESS", *in rem*,
HAPAG-LLOYD CONTAINER LINE GmbH,
HAMBURG, and FANAKOS MARITIME CORP.,
*in personam*

               Defendants.
-----------------------------------------------------------X

Index No.

APR 2 5 2007

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

               The Eli's Cheesecake Company

Dated: New York, New York
       April 24, 2007

                                          HILL RIVKINS & HAYDEN
                                          Attorneys for Plaintiff,

                                          By: _____
                                             Thomas E. Willoughby (TW4452)
                                             45 Broadway, Suite 1500
                                             New York, New York 10006
                                             (212) 669-0600