Form 27 - GENERAL PURPOSE
            HILL RIVKINS & HAYDEN LLP
            ATTN:
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
-----------------------------------------------
                                                Index No. **07 CV 3317**
THE ELI'S CHEESECAKE COMPANY            plaintiff
                                                Date Filed  ............
            - against -
                                                Office No. **29123**
M/V "KUALA LUMPUR EXPRESS" IN REM,     defendant
ETAL                                            Court Date:   /   /
-----------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**MANUEL BAYO JR.**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New Jersey.
      That on the  **1st  day of May, 2007**      at  **12:45 PM.**, at
      **%HAPAG-LLOYD "(AMERICA)"INC.399 HOES LANE**
      **PISCATWAY, NJ 08854**
I served a true copy of the
      **SUMMONS AND COMPLAINT**
      **JUDGES RULES**
      **RULE 7.1 STATEMENT**

upon **FANAKOS MARITIME CORP.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
      **ARNE KLOCHMANN--CORPORATE ATTORNEY AUTHORIZED TO ACCEPT**

a true copy of each thereof.

      Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **MALE**           COLOR: **WHITE**        HAIR: **BLONDE**
      APP. AGE: **40**        APP. HT: **6:0**        APP. WT: **200**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
4th  day of  May, 2007i

                                                    .................................
                                                    MANUEL BAYO JR.
KENNETH WISSNER                                     AETNA   CENTRAL   JUDICIAL   SERVICES
Notary Public, ~~State of~~ New York                225 BROADWAY, SUITE 1802
   No.01WI4714130                                   NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                        • Reference No: 3HRLOM33277
Commission Expires 03/30/2010