Form 27 - GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
ATTN:

U.S. SOUTHERN DIST. COURT      NEW YORK   COUNTY

---

THE ELI'S CHEESECAKE COMPANY            plaintiff

- against -

M/V "KUALA LUMPUR EXPRESS" IN REM,      defendant
ETAL

Index No. **07 CV 3317**

Date Filed .............

Office No. **29123**

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**MANUEL BAYO JR.**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New Jersey.

That on the **1st day of May, 2007**  at **12:45 PM.**, at
**%HAPAG-LLOYD (AMERICA) INC. 399 HOES LANE**
**PISCATAWAY, NJ 08854**
I served a true copy of the
**SUMMONS AND COMPLAINT**
**JUDGES RULES**
**RULE 7.1 STATEMENT**

upon **HAPAG-LLOYD CONTAINER LINE GMBH, HAMBURG**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
**ARNE KLOCHMANN--CORPORATE ATTORNEY AUTHORIZED TO ACCEPT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **MALE**          COLOR: **WHITE**        HAIR: **BLONDE**
APP. AGE: **40**       APP. HT: **6:0**        APP. WT: **200**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
4th  day of  May, 2007i



KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

MANUEL BAYO JR.
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM33276