UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ELI'S CHEESECAKE COMPANY                :
                                            :     07 CV 3317 (Stein, J.)
                       Plaintiff,           :
                                            :
          - against -                       :     RULE 7.1 STATEMENT
                                            :
M/V "KUALA LUMPUR EXPRESS", *in rem*        :
HAPAG-LLOYD CONTAINER LINE GmbH,            :
HAMBURG, and FANAKOS MARITIME CORP.,        :
*in personam*                               :
                                            :
                       Defendants.          :
------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Hapag-Lloyd Container Linie GmbH certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

Hapag Lloyd A/G

Dated: New York, New York
       June 5, 2007

                                       HILL, BETTS & NASH LLP

                              By:      _____
                                       Michael J. Ryan (MR-2793)
                                       Attorneys for Defendant Hapag
                                         Lloyd Container Linie GmbH
                                       One World Financial Center
                                       200 Liberty Street, 26th Floor
                                       New York, New York 10281
                                       (212) 839-7000
                                       mryan@hillbetts.com
                                       File No.: 4341-0276

{NY060154.1}