

THOMAS E. WILLOUGHBY (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ELI'S CHEESECAKE COMPANY,

              Plaintiff,

   - against -

M/V "KUALA LUMPUR EXPRESS", *in rem*,
HAPAG-LLOYD CONTAINER LINE GmbH,
HAMBURG, and FANAKOS MARITIME CORP.,
*in personam*

              Defendants.
------------------------------------------------------------X

Index No.: 07 Civ. 3317(SHS)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties appearing herein, that the above-entitled action having been settled, that it be and the same hereby is dismissed with prejudice, but without cost to any party subject to being re-opened within ninety (90) days after dismissal, should settlement funds not be received.

Dated: June 8, 2007

                              HILL RIVKINS & HAYDEN LLP
                              Attorneys for Plaintiff

                              By: _____
                              Thomas E. Willoughby (TW4452)
                              45 Broadway, Suite 1500
                              New York, New York 10006
                              (212) 669-0600

HILL BETTS & NASH LLP
Attorneys for Defendant,
Hapag-Lloyd Container Line GmbH Hamburg

By: _____  *(signature)* by PW
Michael J. Ryan                     Pursuant to Authority
200 Liberty Street, 26th Floor
New York, New York 10281
(212) 589-7516

SO ORDERED: 6/11/07

_____
SIDNEY H. STEIN,
United States District Judge

2